**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 24-1713

MARANTO MCKIVER,

       Plaintiff - Appellant,

    v.

JACOB M. IRELAND, Roanoke County Police Officer; CHAD W. MOSBY, Doctor; SARA BURTNER, RN; ALEXIS LAWSON, RN; JOHN LEWIS, Lewis-Gale Hospital Security; ROANOKE COUNTY,

       Defendants - Appellees,

    and

LEWIS-GALE HOSPITAL & HCA; MICHAEL POINDEXTER, Chief, Roanoke County Police Department; JANE DOE #1, Roanoke County Police Officer,

       Defendants.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. Thomas T. Cullen, District Judge. (7:23-cv-00548-TTC-CKM)

Submitted: November 19, 2024          Decided: November 21, 2024

Before QUATTLEBAUM, RUSHING, and BENJAMIN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Maranto McKiver, Appellant Pro Se.  Jennifer Royer, ROYER LAW FIRM, P.C., Roanoke, Virginia; John Thomas Jessee, LEWIS BRISBOIS BISGAARD & SMITH, Roanoke, Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Maranto McKiver appeals the district court's order dismissing his claims asserted under 42 U.S.C. § 1983 and declining to exercise supplemental jurisdiction over his state law claims. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *McKiver v. Ireland*, No. 7:23-cv-00548-TTC-CKM (W.D. Va., June 6, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*